WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
rjung@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as trustee for Deutsche Alt-A Securities Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2005-4*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES INC. MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-4,<br><br>        Plaintiff,<br><br>vs.<br><br>UNDERWOOD PARTNERS, LLC; NV EAGLES, LLC; SPANISH STEPS LAKESIDE HOMEOWNERS ASSOCIATION; and HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>        Defendants. | Case No.:  2:17-cv-00461-RFB-PAC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**[First Request]** |

COMES NOW, Plaintiff, HSBC Bank USA, National Association, as trustee for Deutsche Alt-A Securities Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2005-4 (hereinafter "HSBC. Bank"), by and through its attorney of record, Rock K. Jung, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP and Defendant Spanish Steps Lakeside Homeowners Association (hereinafter "HOA"), by and through its attorney of record, Amber Williams, Esq. of the law firm of Lipson, Neilson, Cole, Seltzer, & Garin, PC, and

1  Defendants   NV Eagles, LLC and Underwood Partners, LLC by and through their attorney of
2  record, John Henry Wright, Esq. of the law firm of The Wright Law Group, PC, and Defendant
3  Hampton and Hampton Collections, LLC by and through its attorney of record, Brandon E.
4  Wood, Esq., and hereby stipulate and agree to the following:
5      1.   This lawsuit involves the parties seeking quiet title/declaratory relief and other
6  claims related to a non-judicial homeowner's foreclosure sale conducted on a Property pursuant
7  to NRS Chapter 116.
8      2.   On April 7, 2017, the Court issued its Scheduling Order [Dkt 14] to file a joint
9  pretrial order no later than November 24, 2017.
10     3.   On October 27, 2017, HOA filed its Motion for Summary Judgment [Dkt 31].
11 Responses are due on or before November 17, 2017.
12     4.   On October 27, 2017, NV Eagles, LLC and Underwood Partners, LLC filed its
13 Motion for Summary Judgment [Dkt 32]. Responses are due on or before November 17, 2017.
14     5.   On October 27, 2017, Plaintiff filed its Motion for Summary Judgment [Dkt 33].
15 Responses are due on or before November 17, 2017.
16     6.   The parties agree that the filing of the Joint Pre-Trial Order should be extended
17 until after this Court rules on the pending Motions.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

7. Upon the Court issuing a ruling on the pending Motions, the parties request they then have thirty (30) days to submit to the Court the proposed Joint Pre-Trial Order.

DATED this 17th day of November, 2017.   DATED this 17th day of November, 2017.

**WRIGHT, FINLAY & ZAK, LLP**   **THE WRIGHT LAW GROUP, PC.**

*/s/ Rock K. Jung, Esq.*   */s/ John Henry Wright, Esq.*
Edgar C. Smith, Esq.   John Henry Wright, Esq.
Nevada Bar No. 5506   Nevada Bar No. 6182
Rock K. Jung, Esq.   2340 Paseo Del Prado, Suite D-305
Nevada Bar No. 10906   Las Vegas, NV 89102
7785 W. Sahara Ave., Suite 200   Attorney for Defendants, NV Eagles, LLC and
Las Vegas, NV 89117   Underwood Partners, LLC
Attorneys for Plaintiff, HSBC Bank USA, National Association, as trustee for Deutsche Alt-A Securities Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2005-4

DATED this 17th day of November, 2017.   DATED this 17th day of November, 2017.

**LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.**   **HAMPTON & HAMPTON COLLECTIONS, LLC**

*/s/ Amber M. Williams, Esq.*   */s/ Brandon E. Wood, Esq.*
Kaleb D. Anderson, Esq.   Brandon E. Wood, Esq.
Nevada Bar No. 7582   Nevada Bar No. 12900
Amber M. Williams, Esq.   6224 West Desert Inn Road
Nevada Bar No. 12301   Las Vegas, NV 89146
9900 Covington Cross Drive, Suite 120   Attorney for Defendant, Hampton & Hampton
Las Vegas, NV 89144   Collections, LLC
Attorneys for Defendant, Spanish Steps Lakeside Homeowners Association

**ORDER**

**IT IS SO ORDERED.**

Dated this 29th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE