UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HSBC BANK, USA, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNDERWOOD PARTNERS, LLC; NV EAGLES, LLC;<br><br>Defendants. | Case No. 2:17-cv-00461-RFB-PAL<br><br>ORDER |
| HSBC BANK, USA, NATIONAL ASSOCIATION.,<br><br>Counter/Cross Claimant,<br><br>v.<br><br>SPANISH STEPS LAKESIDE HOMEOWNERS ASSOCIATION,<br><br>Defendant. | |

On April 21, 2017, this Court certified a question of law regarding NRS 116's notice requirement to the Nevada Supreme Court in Bank of N.Y. Mellon v. Star Hill Homeowners Ass'n, Case No. 2:16-cv-02561-RFB-PAL, ECF No. 41. The Court finds that the outcome of that decision will impact the pending motions in this case. For reasons of judicial economy and to avoid inconsistent decisions or partial decisions on some but not all issues, the Court will not consider

any further motions until the parties have had the opportunity to receive and address the Nevada Supreme Court's opinion on this issue.

**IT IS THEREFORE ORDERED** that this case is hereby STAYED.

**IT IS FURTHER ORDERED** that Defendant NV Eagles, LLC., and Underwood Partners, LLC., Motion to Dismiss are DENIED without prejudice. ECF No. 5, 46. The moving party shall have 21 days from the date of the Nevada Supreme Court's decision on the certified question to file a modified Motion for Summary Judgment or to file a notice renewing the previously filed motion. The opposing party shall have 21 days to respond. The moving party shall have 14 days to reply.

**IT IS FURTHER ORDERED** that Defendant Spanish Steps Lakeside Homeowners Association Motion to Dismiss is DENIED without prejudice. ECF No. 6. The moving party shall have 21 days from the date of the Nevada Supreme Court's decision on the certified question to file a modified Motion for Summary Judgment or to file a notice renewing the previously filed motion. The opposing party shall have 21 days to respond. The moving party shall have 14 days to reply.

**IT IS FURTHER ORDERED** that Defendant Spanish Steps Lakeside Homeowners Association Motion for Summary Judgment is DENIED without prejudice. ECF No. 31. The moving party shall have 21 days from the date of the Nevada Supreme Court's decision on the certified question to file a modified Motion for Summary Judgment or to file a notice renewing the previously filed motion. The opposing party shall have 21 days to respond. The moving party shall have 14 days to reply.

**IT IS FURTHER ORDERED** that Defendants NV Eagles, LLC., and Underwood Partners, LLC., Motion for Summary Judgment is DENIED without prejudice. ECF No. 32. The moving party shall have 21 days from the date of the Nevada Supreme Court's decision on the certified question to file a modified Motion for Summary Judgment or to file a notice renewing the previously filed motion. The opposing party shall have 21 days to respond. The moving party shall have 14 days to reply.

**IT IS FURTHER ORDERED** that Plaintiff HSBC Bank USA and National Association Motion for Summary Judgment is DENIED without prejudice. ECF No. 33. The moving party shall have 21 days from the date of the Nevada Supreme Court's decision on the certified question to file a modified Motion for Summary Judgment or to file a notice renewing the previously filed motion. The opposing party shall have 21 days to respond. The moving party shall have 14 days to reply.

**DATED** this 22nd day of March, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**