**WRIGHT, FINLAY & ZAK, LLP**
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
rjung@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as trustee for Deutsche Alt-A Securities Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2005-4*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES INC. MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-4,<br><br>Plaintiff,<br><br>vs.<br><br>UNDERWOOD PARTNERS, LLC; NV EAGLES, LLC; SPANISH STEPS LAKESIDE HOMEOWNERS ASSOCIATION; and HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Defendants. | Case No.: 2:17-cv-00461-RFB-PAC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF, HSBC BANK USA, N.A. TO RESPOND DEFENDANT, SPANISH STEPS LAKESIDE HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS COMPLAINT [ECF No. 54] AND MOTION FOR RENEWED SUMMARY JUDGMENT [ECF No. 55]**<br><br>**(First Request)** |

COMES NOW, Plaintiff, HSBC Bank USA, National Association, as trustee for Deutsche Alt-A Securities Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2005-4 ("Plaintiff" or "HSBC"), by and through its attorneys of record, Edgar C. Smith, Esq., and Rock K. Jung, Esq., of the law firm Wright, Finlay & Zak, LLP,, and Defendant Spanish Steps Lakeside Homeowners Association ("HOA" or "Defendant"), by and through

their attorney of record, Amber M. Williams, Esq., of the Law Firm of Lipson, Neilson, Cole, Seltzer & Garin, P.C., hereby stipulate as follows:

HOA's Renewed Motion to Dismiss Complaint [ECF. No. 54] was filed on August 23, 2018, with a Response due on September 6, 2018. HOA also filed a Renewed Motion for Summary Judgment on August 23, 2018, [ECF No. 55], with a response due on September 13, 2018. HSBC also filed a Renewed Motion for Summary Judgment [ECF No. 56], with a response due on September 14, 2018 (hereinafter the "Motions"). The parties hereby agree to extend the deadline for Plaintiff and HOA to file and serve their respective responses to the Motions from September 6, 2018 and September 14, 2018, to September 20, 2018.

This extension is requested due to Plaintiff's counsel being out of the country due to a prior scheduled event. This is the parties' first request for extension of this deadline, and is not extended to cause any delay or prejudice to any party.

DATED this 6th day of September, 2018.  DATED this 6th day of September, 2018.

**WRIGHT, FINLAY & ZAK, LLP**

 /s/ Rock K. Jung, Esq.
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as trustee for Deutsche Alt-A Securities Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2005-4*

**LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.**

 /s/ Amber M. Williams, Esq.
Amber M. Williams, Esq.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
awilliams@lipsonneilson.com
*Attorneys for Defendant Spanish Steps Lakeside Homeowners Association*

**ORDER**

IT IS HEREBY ORDERED that Plaintiff shall have until September 20, 2018 to file and serve responses to Defendant, Spanish Steps Lakeside Homeowners Association's Renewed Motion to Dismiss Complaint [ECF No.54] and Renewed Motion for Summary Judgment [ECF No. 55].

IT IS FURTHER ORDERED that Defendant, Spanish Steps Lakeside Homeowners Association shall have until September 20, 2018 to file and serve its response to HSBC's Renewed Motion for Summary Judgment [ECF No. 56].

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

DATED this 19th day of September, 2018.

**WRIGHT, FINLAY & ZAK, LLP**

  /s/ Rock K. Jung, Esq.
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as trustee for Deutsche Alt-A Securities Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2005-4*

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of WRIGHT, FINLAY & ZAK, LLP, and that on this 6th day of September, 2018, I did cause a true copy of **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF, HSBC BANK USA, N.A. TO RESPOND DEFENDANT, SPANISH STEPS LAKESIDE HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS COMPLAINT [ECF No. 54] AND MOTION FOR RENEWED SUMMARY JUDGMENT [ECF No. 55] (First Request),** to be electronically served to all parties and counsel as identified on the Court-generated Notice of Electronic Filing, and/or by depositing a true and correct copy in the United States Mail, addressed as follows:

**Joseph Y Hong**
Hong & Hong
10781 West Twain Avenue
Las Vegas, NV 89135
(702) 870-1777
Email: yosuphonglaw@gmail.com
*Attorneys for Defendants Underwood Partners, LLC*
*and NV Eagles, LLC*

Amber M. Williams, Esq.
LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
awilliams@lipsonneilson.com

| | |
|---|---|
| 1 | *Attorneys for the Defendant:*<br>*Spanish Steps Lakeside Homeowners Association* |
| 2 | |
| 3 | Brandon Wood, Esq.<br>HAMPTON & HAMPTON COLLECTIONS, LLC |
| 4 | 6224 West Desert Inn Road<br>Las Vegas, NV 89146 |
| 5 | chris@nas-inc.com<br>*Attorney for Defendant:* |
| 6 | *Hampton & Hampton Collections, LLC* |
| 7 | |
| 8 |         ___/s/ Dekova Huckaby_____<br>        An Employee of WRIGHT, FINLAY & ZAK, LLP |